IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| SHAUNCEY PERRY, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 1:05CV0010 SWW |
| | * | |
| KELVIN TRIGGS, *et al.,* | * | |
| | * | |
| Defendants | * | |

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge John F. Forster, Jr. There have been no objections filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.[1] Accordingly, the Motion to Dismiss (docket entry #12) is GRANTED, and Plaintiff's Complaint is dismissed.

IT IS SO ORDERED, this 23rd day of MARCH, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] *See Rogers v. Adams*, 103 Fed. Appx. 63 (8th Cir. 2004)(noting that *Heck* applies even when an inmate's time for filing post-conviction relief had passed and habeas relief is impossible).